AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY 07 2018

Clerk of Court

# UNITED STATES DISTRICT COURT
для
Southern District of Texas

| United States of America | ) |
| v. | ) |
| Jorge TAVAREZ, YOB: 1981, USC | ) Case No. M-18-0966-M |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 17, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1), 846 | Knowingly and Intentionally possess with Intent to Distribute approximately 10 kilograms of Cocaine, a Schedule II Controlled Substance. |
| | Knowingly and Intentionally Conspire to possess with Intent to Distribute 5 kilograms or more of Cocaine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

approved by
[signature]

Sworn to before me and signed in my presence.

Complainant's signature

Alfonso Perez, Jr., DEA Special Agent
Printed name and title

Date: __05/07/2018__

Judge's signature

City and state: __McAllen, Texas__

J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

# Attachment A

On or about November 7, 2017, Special Agents with McAllen Drug Enforcement Administration (DEA) received information from a cooperating defendant (CD#1) that in April of 2017, a load of approximately 10 kilograms of cocaine, which were destined for the State of North Carolina had been seized by law enforcement authorities in the State of Alabama. CD#1 identified TAVAREZ as an individual who assisted in the local transportation of the cocaine prior to it leaving the Rio Grande Valley.

On January 18, 2018, Special Agent (SA) Alfonso Perez, Jr. and Task Force Officer (TFO) Gilberto M. Vazaldua conducted an interview of Jorge TAVAREZ, hereinafter referred to as TAVAREZ. TAVAREZ stated that on or about April 2017, he was instructed to drive to a warehouse located on north Highway 281 and Owassa Rd. in Edinburg, Texas. TAVAREZ stated that once at the warehouse, he was given a cardboard box, which contained approximately 10 kilograms of cocaine and was instructed to transport the cocaine to a male subject, who resides in Mission, Texas. TAVAREZ told agents that after taking the cocaine to the residence, TAVAREZ left. TAVAREZ told agents that several days later, he was contacted and told that the cocaine had been seized by authorities in Alabama. TAVAREZ was provided documentation purported to document that the load had been seized.

SAs received a copy of the paperwork purported to document the cocaine seizure. The documentation was analyzed and determined to be fraudulent.